IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CASE NO. 4:09CR142 |
| v. | § | |
| | § | |
| JORGE VILLEGAS-JAIMES, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On September 28, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Preliminary Order of Forfeiture (Dkt. 316) be amended to reflect that Petitioners Calvin and Stella Travers have a superior interest in the property located at 2506 Kleberg Road in Seagoville, Texas and that the metal building on the property should be forfeited to the United States.

The court, having made a *de novo* review of the objections raised by the Government (Dkt. 527) and the Petitioners' response (Dkt. 529), is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Government are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. The final order of forfeiture in this case shall be amended accordingly.

**IT IS SO ORDERED.**

**SIGNED this the 7th day of March, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE